[Nos. 28618-1-II; 28626-2-II.   Division Two.   November 13, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCELL DAMION QUABNER, ET AL., *Appellants*.

Appeals from judgments of the Superior Court for Pierce County, Nos. 01-1-06179-0 and 01-1-06178-1, Stephanie A. Arend, J., entered March 28 and April 2, 2002. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Bridgewater, JJ.

[No. 28652-1-II.   Division Two.   November 13, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JAY OLIVER GREER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-04565-4, John A. McCarthy, J., entered April 5, 2002. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton and Bridgewater, JJ.

[No. 28656-4-II.   Division Two.   November 13, 2003.]

CHARLES W. HECKMAN, *Appellant*, v. THE DEPARTMENT OF ECOLOGY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-2-02341-1, Richard A. Strophy, J., entered April 10, 2003. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, C.J., and Seinfeld, J.

[No. 28801-0-II.   Division Two.   November 13, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. TREY ANTHONY BRUMFIELD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-8-00192-8, Frederick W. Fleming and Thomas Felnagle, JJ., entered April 29, 2002. *Affirmed* by unpublished opinion per Morgan, J, concurred in by Quinn-Brintnall, A.C.J., and Armstrong, J.